✓#121  #128327

FILED
2010 JAN 15 PM 3:07
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  BECK, MARIANNE E        Case No. 09-32027

BURKE, RANDALL S

Judge Richard L Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Tru Green Chemlawn | PO Box 988<br>Perrysburg, OH 43551 | $1.59 |
| St. Charles Hospital | Dept. L8400<br>Columbus, OH 43268 | $1.03 |

Check for $2.62 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 1/13/10

cc: Office of the U.S. Trustee